# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

April 17, 2026

**BY ECF**

Hon. Katharine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> Re:   **United States v. Kareem Antoine Turner**
> **26 Mag. 1298 (UA)**

Dear Judge Parker:

I write to respectfully request a substitution of counsel in the above-captioned matter as soon as possible. After Mr. Turner's presentment on Tuesday, April 16, defense counsel learned of an unwaivable conflict that prevents the Federal Defenders from continuing to represent him. Accordingly, I respectfully request that the Court relieve the Federal Defenders and appoint CJA counsel to represent Mr. Turner moving forward.

Thank you for your consideration of this request.

Respectfully submitted,

*/s/*

Marne L. Lenox, Esq.

*Counsel for Kareem Turner*

cc:    Counsel of record

*[Handwritten annotation:]* Application granted. The Court appoints CJA counsel on new duty today. Counsel shall coordinate with outgoing counsel to inform Mr. Turner. SO ORDERED. Katharine Parker, USMJ, SDNY, 4-17-26